**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:

EX PARTE APPLICATION OF
IRAQ TELECOM LIMITED FOR AN
ORDER TO OBTAIN DISCOVERY FOR
USE IN A FOREIGN PROCEEDING
PURSUANT TO 28 U.S.C. §1782

Case No. _____

**IRAQ TELECOM LIMITED'S *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C.**
**§ 1782 FOR AN ORDER TO TAKE DISCOVERY FROM LIME ROCK PARTNERS**
**FOR USE IN A FOREIGN PROCEEDING**

Iraq Telecom Limited ("**Iraq Telecom**"), pursuant to 28 U.S.C. § 1782 and the Federal

Rules of Civil Procedure 26, 34 and 45, respectfully requests that this Court grant Iraq Telecom's

*ex parte* application seeking an order in the form attached as Exhibit 4 to the declaration of Kristin

N. Tahler ("**Tahler Decl.**") authorizing Iraq Telecom to obtain certain limited discovery[1] for use

in a court proceeding in the British Virgin Islands.  In support of this application, Iraq Telecom

submits a Memorandum of Law and the appended sworn declarations of (1) Kristin N. Tahler; (2)

Nicholas Bortman; and (3) Claire Goldstein, with accompanying exhibits.

\* \* \*

---

[1]  *See* Tahler Decl., attached hereto as Appendix A, at Exhibits 2& 3.

Dated:  July 25, 2023

*/s/Christopher Porter*

Christopher Porter
Quinn Emanuel Urquhart & Sullivan LLP
Pennzoil Place
711 Louisiana St., Suite 500
Houston, TX 77002
Tel: (713) 221-7000
chrisporter@quinnemanuel.com

Kristin Tahler (*pro hac vice* to be submitted)
Quinn Emanuel Urquhart & Sullivan LLP
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
kristintahler@quinnemanuel.com

Katy Akopjan (*pro hac vice* to be submitted)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
katyakopjan@quinnemanuel.com

Laura N. Ferguson (*pro hac vice* to be submitted)
Quinn Emanuel Urquhart & Sullivan LLP
2601 S. Bayshore Dr. Ste 1550
Miami, FL 33133
Tel: (305) 402-4880
lauraferguson@quinnemanuel.com

*Counsel for Applicant Iraq Telecom, Ltd.*