**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

IN RE:

EX PARTE APPLICATION OF
IRAQ TELECOM LIMITED FOR AN
ORDER TO OBTAIN DISCOVERY FOR
USE IN A FOREIGN PROCEEDING
PURSUANT TO 28 U.S.C. §1782

Case No. _____

**DECLARATION OF NICHOLAS BORTMAN**

Pursuant to 28 U.S.C. § 1746, I, Nicholas Bortman, declare under penalty of perjury as follows:

1. I am a director of Raedas Consulting Limited ("**Raedas**"), an investigations firm based in London, England, which provides litigation and arbitration support in complex global disputes, asset-tracing and enforcement of judgments and arbitral awards. Before founding Raedas, I served as a partner and co-chair of the dispute consulting group of GPW, a London-based investigations firm. I established GPW's office in the United Arab Emirates. I received a bachelor's degree from New York University in 2000 and a master's degree from the London School of Economics in Political Science in 2005.

2. Agility Public Warehousing Company K.S.C.P. ("**Agility**"), a shareholder of Iraq Telecom Limited ("**Iraq Telecom**"), engaged Raedas to conduct investigations relating to legal matters involving, among other individuals and entities, (i) Korek Telecom Company LLC ("**Korek**"); and (ii) Mr. Sirwan Saber Mustafa Barzani ("**Mr. Barzani**"), the statutory manager of Korek (a specific legal position under Iraqi law) and one of the directors of International Holdings Limited, Korek's parent company.

3. I submit this declaration in support of the application submitted by Iraq Telecom in the Southern District of Texas for an order under 28 U.S.C. § 1782 authorizing Iraq Telecom to

take discovery from Lime Rock Partners ("**Lime Rock**"), (the "**Application**"). As described further below and in the Application, Iraq Telecom seeks additional evidence of Mr. Barzani's investments into OilServ, a group of companies (with the holding company incorporated in the BVI) providing oilfield services to operators in the Middle East and Africa, to support its claims in a pending enforcement proceeding in the Commercial Court of the British Virgin Islands ("**BVI**"), (the "**BVI Proceeding**"), which Raedas believes Lime Rock possesses.

4. Specifically, I understand that Iraq Telecom seeks discovery that includes, but is not limited to (i) documents regarding OilServ's current and historical corporate, shareholder, and partnership structure; (ii) documents regarding OilServ's current and historical ownership (both beneficial and legal ownership), including but not limited to the names of the shareholders, the amount of their holdings in the company and shares of the company held by each shareholder; (iii) documents and communications evidencing the role and activity of Messrs. Barzani and the other OilServ shareholders, including but not limited to, board meeting records, shareholder correspondence, dividend correspondence; (iv) any and all nonprivileged due diligence materials (such as e-mails, documents, analyses, data, etc.) of OilServ and its partners conducted prior to Lime Rock's investment(s); (v) documents and communications that demonstrate with whom Lime Rock negotiated its investments; (vi) any valuation of shares in OilServ; and (vii) a corporate deposition of the person most knowledgeable at Lime Rock on its investment(s) into OilServ and Lime Rock's diligence of OilServ prior to, and throughout, its investment(s), (the "**Requested Discovery**").

5. I further understand that the Requested Discovery is for use in the BVI Proceeding.

6. I am familiar with the information set forth in this declaration either from personal knowledge, witness interviews or on the basis of documents I have prepared and/or reviewed.

Because I submit this declaration specifically in support of the Application, it does not contain each and every fact within my knowledge regarding the topics discussed herein.[1]

### A. Key OilServ Entites

7. As noted above, OilServ is a group of companies providing oilfield services to operators in the Middle East and Africa.

8. OilServ Company for Oilfield Services ("**OilServ Iraq**") was incorporated in the Kurdistan Region of Northern Iraq on December 17, 2006.[2] Amjad Saidgul Baba Sheikh Barzanji ("**Mr. Baba Sheikh**") was the public face of the OilServ entities at establishment and has continued in that role up to today. He also at one time served as a shareholder and managing director of OilServ Iraq. An Erbil Chamber of Commerce record with a registration date of March 1, 2007, shows that Mr. Barzani and Mr. Baba Sheikh were shareholders of OilServ Iraq; no stated split in shareholding percentages was provided.[3]

9. Share certificates relating to a separate OilServ entity, OilServ FZCO, reflect that shares were split equally between Mr. Baba Sheikh and Mr. Barzani.[4] OilServ FZCO was incorporated in the Jebel Ali Free Zone in the UAE on November 14, 2006,[5] less than one month prior to OilServ Iraq.

10. In 2008, OilServ created a holding structure in the BVI: OilServ Holding Ltd ("**OilServ Holding**"). OilServ Holding was incorporated in the BVI on September 15, 2008, as a

---

[1] I also certify that the exhibits attached hereto are true and correct copies of the original documents.

[2] *See* **Ex**. 1a-1b, Erbil Companies Directorate Trade License (December 17, 2006).

[3] *See* **Ex**. 2a-2b, Erbil Chamber of Commerce & Industry Record (March 1, 2007).

[4] *See* **Ex**. 3-4, Oilserv FZCO Share Certificates (November 12, 2006).

[5] *See* **Ex**. 5, Oilserv FZCO Trading License (November 14, 2006).

3

holding company for OilServ Iraq.[6] At incorporation, shares were divided equally between Mr. Barzani and Mr. Baba Sheikh, who was also named as legal representative.

11. Mr. Barzani resigned his directorship of OilServ Holding on March 5, 2010.[7] Ten days later, on March 15, 2010, Mr. Barzani transferred his entire shareholding in OilServ Holding to Dhekra Basheer Shani ("**Mr. D Shani**").

12. On April 19, 2010, shortly before Lime Rock's investment in OilServ, a company called OS International Holding Ltd ("**OS International**") was incorporated in the BVI as a holding vehicle for the original shareholders' interests in Oilserv Holding (i.e., the shareholder interests of Mr. Baba Sheikh and Mr. D Shani, the recipient of Mr. Barzani's shares roughly one month prior). On May 28, 2010, Mr. Baba Sheikh and Mr. D Shani transferred all class A shares of OilServ Holding to OS International. Mr. Baba Sheikh is the sole director of OS International today. According to a register of members disclosed by OS International, Mr. Baba Sheikh and Mr. D Shani today hold 43.6% and 56.4% respectively of the registered shares in OS International.

13. On December 20, 2013, Mr. Baba Sheikh was subsequently allotted an additional 35,000,000 class A shares in OilServ Holding. Mr. Baba Sheikh owns 4.75% of OilServ Holding. According to the registers of members disclosed by OilServ Holding and OS International, between Mr. Baba Sheikh and Mr. Shani (directly and indirectly), they hold just over 70% of OilServ Holding. *See* ¶ 11.

**B.** **Lime Rock's Investments in OilServ**

14. On May 28, 2010, Lime Rock acquired 65,000,000 class B shares and 1 class C share in OilServ Holding.

---

[6] *See* **Ex**. 6, Oilserv Holding Articles of Association (September 23, 2010).

[7] *See* **Ex**. 7, Oilserv Holding Register of Directors (June 20, 2023).

15. On May 26, 2011, Lime Rock purchased an additional 40,000,000 class B shares of OilServ Holding, bringing its total holding of class B shares to 105,000,000.

16. According to a capital market data aggregator, this was a developmental investment and not a buy-out of the existing shareholders. Mr. Baba Sheikh remained a shareholder following the purchases and remains a shareholder as of June 20, 2023.

17. The articles of incorporation for OilServ Holding indicate that the target sale price for all of OilServ Holding's shares or assets was between USD 245 and USD 350 million.

18. According to a register of members disclosed by OilServ Holding, Lime Rock still holds its shares in Oilserv Holding at this time.

19. Lime Rock's U.S. representatives on the board of OilServ Holding are based in Houston, Texas.[8]

**C.  Mr. Barzani's Use of Messrs. Baba Sheikh and D Shani**

20. Evidence demonstrates that Mr. Baba Sheikh is running the day-to-day business of OilServ Holding and Mr. Barzani is using Mr. D Shani as a nominee to hold his interest in OilServ Holding.

21. In July 2022, a source confirmed to Raedas that Mr. Barzani is simply acting as a silent partner (or, rather "silent owner") with respect to OilServ Holding.

22. The silent partner role of Mr. Barzani is further confirmed by two public articles. First, a Middle East Economic Survey from August 2009 said that "OilServ, which has only been formed in the last couple of years, is run by . . . Amjad Barzinci [sic] and has backing from Mr. [Masoud] Barzani's nephew Sirwan Barzani, who heads KRG telecoms firm Korek."[9] Masoud

---

[8] *See* **Ex**. 8-10, Resumes of Lime Rock Representatives (July 11, 2023).

[9] *See* **Ex**. 11, Middle East Economic Survey Article (August 31, 2009).

Barzani is Mr. Barzani's uncle. Second, a paper from the Brookings Institution from June 2009 stated that "the Barzanis" own numerous holdings, including OilServ.[10]

23.     In my experience investigating Mr. Barzani on behalf of Iraq Telecom, I have come to learn that Mr. Barzani is accustomed to using nominees to hold equity on his behalf. It would therefore be consistent with Mr. Barzani's practice to act as a silent partner in OilServ while Mr. D Shani is nominee shareholder on his behalf and Mr. Baba Sheikh runs the day-to-day of the business.

24.     Background on Messrs. Baba Sheikh and D Shani further evidences their supporting roles in connection with OilServ.

**D.     Mr. Baba Sheikh's Role**

25.     Per the BVI public register, as of June 2023, Mr. Baba Sheikh (and not Mr. Barzani) is listed as a director of both OilServ Holding and OS International.

26.     As set forth above, Mr. Barzani and Mr. Baba Sheikh were original shareholders of the OilServ entities. *See* ¶¶ 8-13.

27.     Mr. Baba Sheikh has qualifications relating to oilfield management, which explains why Mr. Barzani likely enabled him to run the day-to-day business with OilServ.

28.     Further, SWIFT payment records show that Mr. Baba Sheikh made payments to OS International, indicating his current role in managing the day-to-day of the business. *See* ¶ 20. Specifically, between June 2018 and January 2019, Mr. Baba Sheikh made four payments totaling approximately USD 240,000 to the same OS International Citibank account for various administrative purposes, such as "to keep account active," and "to make employees divided distribution of OS Intl Holding Limited."

---

[10] *See* **Ex**. 12, Brookings Institution Paper (June 3, 2009).

**E.     Mr. D Shani's Role**

29.    As detailed above, on March 15, 2010, Mr. Barzani transferred his entire shareholding in OilServ Holding to Mr. D Shani.

30.    Unlike Mr. Baba Sheikh, Mr. D Shani has no known relevant experience in the oil and gas industry, let alone any that approach justifying his professional involvement at a senior level in OilServ.

31.    Also, Raedas has found no evidence that he has the independent wealth or financial means to legitimately purchase a 50% stake in a major international oilfield services company from Mr. Barzani for millions of dollars.

32.    Further evidencing Mr. D Shani's ties to Mr. Barzani is his role as a shareholder of Darin Group in Iraq, an Iraqi construction and general contracting group with headquarters in Erbil.  Mr. Barzani has an ownership interest in Darin Group, which he has used to effectuate various schemes to the detriment of Iraq Telecom.[11]

33.    Accordingly, I assess that it is exceptionally likely that Mr. D Shani acts as a nominee for Mr. Barzani in OilServ.

*      *      *

---

[11]  *See* Declaration of Kristin N. Tahler, annexed hereto as Appendix A, at Exhibit 1 (Final Award March 20, 2023).

I declare under penalty of perjury under the laws of the United States and the United Kingdom that the foregoing is true and correct to the best of my knowledge and belief.

Executed in   London, United Kingdom   on July 24, 2023

_____
Nicholas Bortman