# EXHIBIT 1

# EXHIBIT 1a

Certificate of Establishment of a company



**M. O. T**

Ministry of Commerce
General Directorate of Companies registration

In the name of God, the Almighty

Republic of Iraq
Ministry of Commerce – Kurdistan region
General Directorate of Companies registration
Number: M SH -02-000004119
Establishment date: 17/12/2006 AD, 27/11/1427 Hijri
Date: 17/12/2006 AD, 27/11/1427 Hijri

### Certification of Company registration

According to our order number M SH – 02 – 000004119 released on 17/12/2006 AD, 27/11/1427 Hijri, we release this certificate to confirm the date of establishment further.

*[Stamp: Ministry of commerce General Directorate of Companies registration]*

**OIL SERVE for oil field services/Domestic company/Private Company**

*[Signature]*

**Starting Capital 100,000,000ID** [*hw: One hundred million Iraqi Dinar*]

I, based on the power given to me as Companies registrar, confirm the above date as the date for registering the company's contract and with working based on the companies' rules, and the company is regarded as established from the mentioned date.

Based on the companies' law number 21 of year 1997 and revised in 2004, this company is regarded as established from this date

Written in Erbil on 27th of Dhul Qadah Month of year 1427 Hijri, 17th December 2006 AD

*[Stamp: Ministry of commerce General Directorate of Companies registration]*

*[Signature]*

*Parwin Mohammad Nuri*
*Companies registration*

# EXHIBIT 1b



**M.O.T**

وەزارەتی بازرگانی

بەڕێوەبەرایەتی گشتی تۆمارکردنی کۆمپانیاکان

بەناوی خوای گەورە و میهرەبان

کۆماری عیراق

وەزارەتی بازرگانی – هەرێمی کوردستان

بەڕێوەبەرایەتی گشتی تۆمارکردنی کۆمپانیاکان

ژمارە.مش–۰۲–۴۱۱۹ ۰۰۰۰۰۰

بەرواری دامەزراندن:۲۰۰۶/۱۲/۱۷ زایني , ۱٤۲۷/۱۱/۲۷ کوچی

بەرواری: ۲۰۰۶/۱۲/۱۷ زایني, ۱٤۲۷/۱۱/۲۷ کوچی

## بروانامەی دامەزراندنی کومپانیا

پشت به بریارمان ژمارە مش–۰۲– ۰۰۰۰۰۰٤۱۱۹ دەرچووی ۲۰۰۶/۱۲/۱۷ زایني , ۱٤۲۷/۱۱/۲۷ کوچی , ئەم بروانامەیە دەرئەکەین بۆ دلنیابوون لە بەرواری رۆژی , دامەزراندن

## OIL SERVE اویل سیرف بۆ خزمەتگوزاری کێلگەکانی نەوت بەرپرسیتی سنوردار کومپانیای تایبەت



سەرمایەی سەرەتای ۱۰۰,۰۰۰,۰۰۰ سەد ملیون دیناری عیراقی

من , به پی دەستەلاتم وەك تومارکاری کۆمپانیاکان , پالپشتی بەرواری سەرو ئەکەم . که تومارکردنی گری پەستی کۆمپانیاکە تومارکرا ب پی ی جی بەجی کردنی ئەحکامی یاسای کۆمپانیاکان. وه کۆمپانیای ناوبراو به دامەزراو دادنریت ل بەرواری ئەو رۆژدا.

پشت به ئەحکامی یاسای کۆمپانیاکان ژمارە ۲۱ سالی ۱۹۹۷ هەمواركراو لە سالی ۲۰۰۴ وە ئەم کۆمپانیایه به دامەزراو دادەنریت لە بەرواری ئیمرو.

نوسراوه لە هەولیر لە رۆژی ۲۷ لە مانگی ژو القعده لە سالی ۱٤۲۷ کوچی , ریکەوتی ۱۷ لە مانگی کانونی یەکەم سالی ۲۰۰۶ م



بروین محمد نوری

تومارکاری کۆمپانیاکان