# EXHIBIT 1

# EXHIBIT 2a



Home | About | Contact

write phrase to search in erbilchamber.org

Arabic | English | Kurdish

# Erbil Chamber of Commerce & Industry



| Erbil | Chamber | Economy | Rules | Companies | Fairs | News | Announcements | Downloads | Business Information Center |

**You are here:** Erbil Chamber › Companies › 28458 - OIL SERVE

## 28458 - OIL SERVE
Monday, 30 November -0001 00:00

### Additional Info

| | |
|---|---|
| **managing director :** | Amjad Syed Gul Baba Sheikh |
| **Company activity Activity:** | Oilfield Services |
| **Registration Number:** | 28458 |
| **Date of Registration:** | Thursday, 01 March 2007 |
| **Phone / Mobile Number:** | 4456667 |
| **Address / Address:** | Shoresh neighborhood |
| **Name of Shareholders:** | Amjad Gul Baba Sheikh / Sirwan Saber Mustafa |

| Chamber | Related Sites | Official Sites | Work Information Center |
|---|---|---|---|
| About us | Federation of Chambers of Commerce and Industry in Kurdistan | Kurdistan Region Presidency | soon |
| Administrative Structure | | Kurdistan Parliament | soon |
| Services | Sulaimaniyah Chamber of Commerce and Industry | Kurdistan Regional Government | soon |
| Protocols | | Erbil Governorate | soon |
| Address Of The Chamber | Dahuk Chamber of Commerce and Industry | Ministry of Planning | soon |
| Round Eight (Current) | | Ministry of Trade and Industry | soon |
| Modern Trade Newspaper | Kirkuk Chamber of Commerce and Industry | Ministry of Justice | soon |
| Chamber Guide | | Ministry of Higher Education | soon |
| | Iraqi-American chamber of commerce | Ministry of Education | |
| | Iraqi-British chamber of commerce | | |

Copyright © 2012 Erbil Chamber. All Rights Reserved.  Scroll to Top

# EXHIBIT 2b

Case 4:23-mc-01221    Document 1-13    Filed 07/25/23 in TXSD    Page 4 of 5




Home | About | Contact

write phrase to search in erbilchamber.org

عربي   English   کوردی

# Erbil Chamber of Commerce & Industry

| Erbil | Chamber | Economy | Rules | Companies | Fairs | News | Announcements | Downloads | Business Information Center |

You are here: ErbilChamber › Companies › 28458 - OIL SERVE

## 28458 - OIL SERVE
Monday, 30 November -0001 00:00

[No Image Available]

### Additional Info

| المدير المفوض / managing director : | امجد سيد گول بابة شيخ |
|---|---|
| نشاط الشركة / Co. Activity: | لخدمات حقول النفط |
| رقم القيد / Registration Number: | 28458 |
| تاريخ القيد / Date Of Registration : | Thursday, 01 March 2007 |
| الهاتف / Mobile Number: | 4456667 |
| العنوان / Address: | حي شورش |
| اسماء المساهمين / Name of Shareholders: | امجد گول بابة شيخ/سيروان صابر مصطفى |

| Chamber | Related Sites | Official Sites | Work Information Center |
|---|---|---|---|
| About us | Federation of Chambers of Commerce and Industry in Kurdistan | Kurdistan Region Presidenc | soon |
| Administrative Structure | | Kurdistan Parliament | soon |
| Services | Sulaimaniyah Chamber of Commerce and Industry | Kurdistan Regional Government | soon |
| Protocols | | Erbil Governorate | soon |
| Address Of The Chamber | Dahuk Chamber of Commer and Industry | Ministry of Planning | soon |
| Round Eight (Current) | | Ministry of Trade and Indust | soon |
| Modern Trade Newspaper | Kirkuk Chamber of Commer and Industry | Ministry of Justice | soon |
| Chamber Guide | | Ministry of Higher Education | soon |
| | Iraqi-American chamber of commerce | Ministry of Education | |
| | Iraqi-British chamber of commerce | | |

Copyright © 2012 Erbil Chamber. All Rights Reserved.   Scroll to Top