# EXHIBIT 3



**Government of Dubai** 

# SHARE CERTIFICATE

Certificate No.   0002

*Number of Share: 11*

### Company Name

*OilServ FZCO*

### Shareholder

*Serwan S Mustafa*

### Address

**P.O.Box: 15491, , Dubai, U.A.E.**

This is to certify that:  <u>Serwan S Mustafa</u>

is / are the registered holder (s) of   11    Share (s) of   Dhs.   1,100,000

each Dhs.   100,000

Paid in the above Named Company, subject to the Memorandum and Articles of Association of the company, Implementing Regulation No.1of 1999 pursuant to Dubai local law No.2 of 1986.  Pursuant to Federal law No. 15 of 1998 regarding the amendment of Federal law No.8 of 1984 regarding Commercial Company.

Dated this   12th   day of   November, 2006.

· No Transfer of any of the above-mentioned Share (s) can be registered until this certificate has been deposited at the FZCO. Dept.  or registrar office

· No Transfer of any of the above-mentioned Share (s ) is/are permitted without written approval of the FZCO registrar.