# EXHIBIT 5

Case 4:23-mc-01221    Document 1-16    Filed 07/25/23 in TXSD    Page 1 of 2

# رخصة تجارية
## Trading Licence

**Jafza — Jebel Ali Free Zone**

| | | | |
|---|---|---|---|
| **LICENSE NO.** | 41130 | ٤١١٣٠ | الرخصة رقم |
| **REGISTRATION NO.** | 2294 | ٢٢٩٤ | رقم السجل التجاري |
| **LICENSEE** | OilServ FZCO | اويل سيرف ش م ح | اصحاب الرخصة |
| **OPERATING NAME** | OilServ FZCO | اويل سيرف ش م ح | الاسم التجاري |
| **ADDRESS** | P.O.Box 15491<br>DUBAI<br>United Arab Emirates | صندوق البريد ١٥٤٩١<br>دبي<br>الامارات العربية المتحدة | العنوان |
| **MANAGER** | Amjad S. Babasheikh | أمجد سيدكول بابه شيخ | المدير |
| **NATIONALITY** | | | الجنسية |
| **ISSUE DATE** | 14/11/2006 | ٢٠٠٦/١١/١٤ | تاريخ الأصدار |
| **VALID TILL** | 13/11/2009 | ٢٠٠٩/١١/١٣ | تاريخ الأنتهاء |
| **ACTIVITY** | Oilfield & Natural Gas Equipment & Spare Parts Trading<br>Well Drilling Equipment Trading<br>Pumps, Engines, Valves & Spare Parts Trading<br>Petrochemicals Trading<br>Refined Oil Products Trading<br>Fuel Trading<br>Oilfield Chemicals Trading<br>Crude Oil Trading | تجارة معدات وأجهزة آبار النفط والغاز الطبيعي وقطع غيارها<br>تجارة معدات حفر الآبار<br>تجارة المضخات والمحركات والصمامات و لوازمها<br>تجارة البتروكيماويات<br>تجارة مشتقات تكرير النفط<br>تجارة الوقود<br>تجارة كيماويات آبار النفط<br>تجارة النفط الخام | النشاط |

CN: 24457

(T)

إدارة التسجيل التجاري
**COMMERCIAL REGISTRATION DEPARTMENT**

يسمح للشركة بمزاولة نشاطها التجاري في دبي (بأجير مكتب فقط)

Issued by Jafza and subject to the terms of Lease Agreement, Laws, Regulations and Rules of Jafza