# EXHIBIT 7

# Register of Directors and Officers for

# OILSERV Holding Ltd.

## "A" Directors

| Name: | **Amjad Saidgul Babasheikh** | |
|---|---|---|
| Previous name (if any): | | |
| Address: | Villa | |
| | 648-Wadi Al Safa Fifth | |
| | Dubai | |
| | United Arab Emirates | |
| Business Occupation: | Chairman / CEO | |
| Date of Birth: | 14/01/1975 | Nationality: Iraqi |
| Date of Appointment: | 15/09/2008 | Date of Resignation: |

| Name: | **Muhammad Saidgul Baba Shekh** | |
|---|---|---|
| Previous name (if any): | | |
| Address: | Brayati | |
| | Erbil | |
| | Iraq | |
| Business Occupation: | | |
| Date of Birth: | 10/01/1976 | Nationality: Iraqi |
| Date of Appointment: | 24/09/2010 | Date of Resignation: |

| Name: | **Wasfi Saidgul Babashekh** | |
|---|---|---|
| Previous name (if any): | | |
| Address: | Hor Al Anz East | |
| | Dubai | |
| | United Arab Emirates | |
| Business Occupation: | | |
| Date of Birth: | 08/03/1978 | Nationality: Iraqi |
| Date of Appointment: | 24/09/2010 | Date of Resignation: |

# Register of Directors and Officers for

# OILSERV Holding Ltd.

---

**Name:**            **Hasni,  Abdellatif**

Previous name (if any):

Address:            Oil Well Services

North Industrial Area, Old Kirkuk Road

Erbil

Iraq

Business Occupation:

Date of Birth:        25/09/1964                    Nationality: Algerian

Date of Appointment:    26/05/2010            Date of Resignation:    23/09/2010

---

## "B" Directors

**Name:**            **Jack William Franklin Jr**

Previous name (if any):

Address:            11719 Providence Park

Houston

TX

77024

United States of America

Business Occupation:

Date of Birth:        20/07/1971                    Nationality: American

Date of Appointment:    05/12/2016            Date of Resignation:

---

**Name:**            **Jeffrey B. Scofield**

Previous name (if any):

Address:            182 Duane Street

Apartment 2R

New York

10013

United States of America

Business Occupation:

Date of Birth:        16/02/1978                    Nationality: American

Date of Appointment:    26/05/2010            Date of Resignation:

---

# Register of Directors and Officers for

# OILSERV Holding Ltd.

| | |
|---|---|
| **Name:** | **Samir Hammami** |
| Previous name (if any): | |
| Address: | Tower 2 |
| | T22804 |
| | Etihad Towers |
| | Abu Dhabi |
| | United Arab Emirates |
| Business Occupation: | |
| Date of Birth: | 29/11/1976 |
| Nationality: Lebanese | |
| Date of Appointment: | 28/08/2016 |
| Date of Resignation: | |

| | |
|---|---|
| **Name:** | **Saad Bargach** |
| Previous name (if any): | |
| Address: | 918 Hickory Hollow Street |
| | Houston |
| | TX |
| | 77024 |
| | United States of America |
| Business Occupation: | |
| Date of Birth: | 21/03/1958 |
| Nationality: British | |
| Date of Appointment: | 25/05/2010 |
| Date of Resignation: | 13/02/2014 |

| | |
|---|---|
| **Name:** | **Trevor Burgess** |
| Previous name (if any): | |
| Address: | A11 Pimlico Place |
| | 28 Guildhouse Street |
| | London |
| | SW1V 1JJ |
| | United Kingdom |
| Business Occupation: | |
| Date of Birth: | 07/06/1954 |
| Date of Appointment: | 13/02/2014 |
| Date of Resignation: | 11/08/2014 |

*Printed on 20/Jun/2023 4:06:26 PM by CB*

## Register of Directors and Officers for

## OILSERV Holding Ltd.

| | |
|---|---|
| **Name:** | **Mark Nicholas Cutis** |
| Previous name (if any): | |
| Address: | P.O. Box 61999 |
| | Abu Dhabi |
| | United Arab Emirates |
| Business Occupation: | |

| | | | |
|---|---|---|---|
| Date of Birth: | 27/07/1963 | Nationality: American | |
| Date of Appointment: | 23/09/2010 | Date of Resignation: | 28/08/2016 |

| | |
|---|---|
| **Name:** | **Robert Alistair Willings** |
| Previous name (if any): | |
| Address: | Bluebell Barn |
| | Aylesbury Road |
| | Great Missenden |
| | Buckinghamshire |
| | HP16 9LS |
| | United Kingdom |
| Business Occupation: | |

| | | | |
|---|---|---|---|
| Date of Birth: | 02/10/1970 | Nationality: British | |
| Date of Appointment: | 12/08/2014 | Date of Resignation: | 05/12/2016 |

## Directors

| | |
|---|---|
| **Name:** | **Woodbourne Corporation (BVI) Limited** |
| Previous name (if any): | |
| Address: | Woodbourne Hall |
| | Road Town |
| | Tortola |
| | VG 1110 |
| | British Virgin Islands |
| Business Occupation: | Corporate Director |

| | | | |
|---|---|---|---|
| Coy Regn No: 45727 | Date of Incorpn: 17/06/1991 | Place of Incorpn: British Virgin Islands | |
| Date of Appointment: | 15/09/2008 | Date of Resignation: | 15/09/2008 |

# Register of Directors and Officers for

# OILSERV Holding Ltd.

| | |
|---|---|
| **Name:** | **Serwan S. Mustafa** |
| Previous name (if any): | |
| Address: | 40M Street, Beside Dareen Company Bldg. |
| | Erbil - Brayati area |
| | Iraq |
| Business Occupation: | |

Nationality: Iraqi

| | | | |
|---|---|---|---|
| Date of Appointment: | 15/09/2008 | Date of Resignation: | 05/03/2010 |

*Printed on 20/Jun/2023 4:06:26 PM by CB*