# EXHIBIT 8

About Us   Our Approach   Team   Portfolio   News   Contact            Lime Rock Resources

# Who We Are





## Jeffrey Scofield

### Managing Director and Chief Operating Officer

Jeffrey Scofield joined the Lime Rock Partners team in 2005. He became a Managing Director in 2011 and is also now Chief Operating Officer of the Lime Rock Partners investment team. Currently based in Houston, he has also worked in Lime Rock's Westport and London offices. He has led opportunities in the E&P and oilfield service sectors in North America and internationally. Prior to joining Lime Rock, Jeffrey held positions in the investment banking groups of Harrison Lovegrove & Co., Credit Suisse, and Donaldson, Lufkin & Jenrette. He is a graduate of Vanderbilt University (B.A.).

Jeffrey serves on the board of directors of Axis Energy Services, OiLSERV, Prairie Energy, San Jacinto Minerals II,

and Wayfinder Resources. Jeffrey also serves on the board of directors for Covia Corporation (NYSE: CVIA) and the Children's Museum of Houston.

 Back to Team

## PORTFOLIO HIGHLIGHTS

   

   

   

Disclosure

© 2023 LIME ROCK PARTNERS. ALL RIGHTS RESERVED.