# EXHIBIT 9

Case 4:23-mc-01221   Document 1-20   Filed 07/25/23 in TXSD   Page 1 of 7

# Will Franklin

MD at Lime Rock Partners and Former Candidate for Texas House of Representatives
Houston, Texas, United States

## Contact

www.linkedin.com/in/wfranklin
(LinkedIn)
www.lrpartners.com (Company)
www.lrpartners.com/franklin.htm
(Other)

## Top Skills

Energy
Energy Industry
Petroleum

## Publications

Perspectives on Energy Private Equity - Boyar Miller Energy Breakfast Forum 2012

Managing an Upstream Portfolio in the Face of Volatility

## Summary

Husband, father, native Texan, lifelong conservative, successful businessman, and former Republican Primary candidate for Texas House District 133.  Proponent of free markets, private property rights, and personal responsibility.

Senior private equity professional with a primary focus of providing growth equity and strategic guidance to companies in the upstream oil and gas industry.  Over twenty years of experience analyzing and assessing businesses; structuring transactions; and leading multidisciplinary teams in the evaluation, negotiation, and diligence of oilfield investments.  Established track record of working with management teams to help them achieve their business plans and optimize performance and returns on capital in a highly-volatile industry.  Experience includes growth capital in private companies, carve-out transactions, take-privates, joint ventures and PIPEs.

Return on Capital Focused.  Problem solver.  Multi-national.

———

## Experience

**Lime Rock Partners**
Managing Director
February 2003 - Present (20 years 6 months)
Houston

Lime Rock is a private equity investment firm specializing in the energy sector.  Lime Rock currently manages $3.5 billion in total capital commitments from large institutional investors.  www.lrpartners.com

**Liquila Ventures**
Member Board of Directors
November 2022 - Present (9 months)

Liquila Ventures has an agreement with Daewoo Shipbuilding & Marine Engineering Co., Ltd., to purchase Hull 3623, the ultra-deepwater newbuild

drillship formerly known as West Aquila. Hull 3623 is a high specification, 1400 short-ton hookload ultra-deepwater drillship.

### OilSERV
Member Board Of Directors
February 2017 - Present (6 years 6 months)
Dubai, United Arab Emirates

OILSERV is an independent Oilfield Service Company founded with the purpose of providing world class solutions to clients operating across the Middle East and North Africa region. We believe passionately in our core values – to relentlessly drive and deliver excellence in quality through a continuous improvement approach, to deliver on our commitments to our Clients.

### Arsenal Resources
Member Board of Directors
January 2020 - Present (3 years 7 months)

### Ardyne Technologies
Member Board Of Directors
July 2021 - Present (2 years 1 month)
Aberdeen, Scotland, United Kingdom

### Shelf Drilling Inc.
Member Board of Directors
September 2012 - March 2023 (10 years 7 months)

Board member from founding of Shelf Drilling, a provider of best-in-class shallow water drilling services to the oil and gas industry.

Compensation Committee - Chairman
Nomination Committee - Member

### AccessESP
Member Board of Directors
August 2017 - November 2022 (5 years 4 months)

### Will Franklin for Texas House
Candidate for Texas House of Representatives | District 133
November 2021 - March 2022 (5 months)

Republican candidate in the five-person primary race for House District 133.

Airis Wellsite Services
Member Board of Directors
December 2014 - November 2021 (7 years)

Airis Wellsite Services (formerly KSW Environmental) provides dust control systems for energy producers, well simulation contractors, or environmental support/container providers.  Airis' equipment maximizes dust collection at the six points designated by the National Institute for Occupational Safety & Health (NIOSH) as dust emitting areas. The company's systems are constantly being refined for maximum efficiency.

Xtreme Drilling and Coil Services
Board Director
February 2014 - September 2018 (4 years 8 months)
Houston, Texas Area

Board Member; Audit Committee - Member; Corporate Governance and Nominating Committee - Chair; Compensation Committee - Member

GEODynamics B.V.
Member Board of Directors
November 2011 - January 2018 (6 years 3 months)

GEODynamics helps operators and service companies complete more profitable wells.  For conventional, unconventional, and deep water reservoirs, GEODynamics' CONNEX® and RaZor® perforating technologies deliver Seven Performance Drivers that are proven to enhance profitability.

Southwest Oilfield Products Inc.
Board Director
2006 - 2015 (9 years)

Southwest Oilfield Products is a premier oil and gas equipment manufacturer that provides its global customer base with best-in-class well servicing equipment and mud pump solutions. Southwest manufactures rugged and reliable equipment for its customers' specific needs including Mud Pump Fluid Ends, Frac Pump Fluid Ends, Frac Pumps, Coil Tubing Units & Injectors, Nitrogen Pumping Units, Twin Pumpers, Snubbing Units, Acidizing Units, and more.

UTEC International
Board Director
August 2010 - November 2014 (4 years 4 months)

UTEC has become one of the fastest growing offshore survey contracting companies in the world. This has been achieved by maintaining a successful track record in the effective provision of services to customers in the oil and gas markets and to the submarine telecommunications industry. Operating out of bases in Aberdeen, Houston, Perth, and Singapore, UTEC provides innovative and proven Construction Support, Industrial Measurement, Positioning, and Hydrographic and Route Survey services to its clients worldwide.

### PDC Mountaineer
Board Director
October 2009 - October 2014 (5 years 1 month)

PDC Mountaineer was a joint venture ("JV") formed in 2009 between PDC Energy and Lime Rock Partners. Headquartered in Bridgeport, West Virginia, the JV was focused on exploration and development of natural gas in the Marcellus Shale play.

### Hercules Offshore
Board Director
2004 - 2005 (1 year)

I joined the board of Hercules upon its founding with an investment from Lime Rock.  I served on the board up until the day of its IPO, at which time I stepped off the board to make room for independent directors.

### Riverstone Holdings LLC
Associate
July 2000 - February 2003 (2 years 8 months)
New York, NY

Energy-focused private equity group, that was then affiliated with The Carlyle Group.  I was responsible for evaluating, negotiating, and performing diligence on investment opportunities in the oilfield services and midstream verticals.

### L.E.K. Consulting
Summer Consultant
June 1999 - August 1999 (3 months)

Spent a good summer in London working for one of the premiere management and strategy consulting firms, with a particular emphasis of working for private equity firms on due diligence assignments/market assessments.

### Simmons & Company International

Analyst
July 1996 - July 1998 (2 years 1 month)

Boutique energy investment bank. I focused on oilfield services sell-side advisory, M&A, and equity offerings.

Parker & Parsley Petroleum Co
Senior Financial Analyst
January 1995 - July 1996 (1 year 7 months)
Midland Texas

Financial analyst in the Corporate Development group of a then Midland-based exploration and production company. Projects included acquisitions, divestitures, refinancings, capital budgeting and strategic analysis.

Wells Fargo
Summer Intern
June 1994 - August 1994 (3 months)

Summer intern in the Commercial Real Estate Lending Group.

Mosbacher for Lt. Governor
College Campaign Coordinator
June 1990 - November 1990 (6 months)
Houston, Texas, United States

Coordinated with college Republican organizations throughout Texas in support of Rob Mosbacher for Lt. Governor.

## Education

Harvard Business School
MBA, General Business · (August 1998 - May 2000)

Texas McCombs School of Business
BBA, Finance, Business Honors · (1990 - 1994)

The University of Texas at Austin
BA, Plan II · (1990 - 1994)

University of Texas at Austin
BBA, Honors Business, Finance · (1990 - 1994)

Tivy High School
 · (1986 - 1990)