# EXHIBIT 10

Case 4:23-mc-01221     Document 1-21     Filed 07/25/23 in TXSD     Page 1 of 4

## Contact

www.linkedin.com/in/saad-bargach-2991522 (LinkedIn)

## Top Skills
Energy
Petroleum
Reservoir Management

# Saad Bargach
Senior Partner TerraVC, President & CEO BRYSS Inc. and Director/Chairman of various Tech companies
Houston, Texas, United States

## Summary

Senior executive with a broad expertise in and knowledge of the Energy and Information Technology industries. Long experience in global markets. Multiskilled in management, innovation and technology development & deployment, finance, and private equity. Leadership by example through expertise and empathy. Proven track record of managing in multicultural environments, solving complex/challenging problems, growing businesses profitably, and ESG compliance. Wide international network built throughout a long career both domestically and internationally. Outstanding communication and team building abilities. High achiever with a strong technical and financial background, and business acumen. Serve as a mentor for young and aspiring professionals.

## Experience

**TerraVC**
Senior Partner
January 2018 - Present (5 years 7 months)
Houston, Texas, United States

TerraVC (TVC) is an early-stage deeptech VC firm, with a focus on climate tech, life sciences and next-gen computing. TVC was founded in 2018 to invest in deeptech across the globe. It specializes in Seed and Series A investments and tends to be the first institutional investor in its portfolio companies.

**BRYSS Inc.**
President
January 2014 - Present (9 years 7 months)

BRYSS Inc. - a Family Investment Office - was founded by Saad Bargach in 2014. It is the holding company for investments in a technology hub specialized in Oilfield Technologies and Clean-tech.

Operating Partner Energy Ventures - Stavanger Norway.

Chairman of TGT Oil (DUbai-UAE), VESSI (Corpus Christie-TX) and AccessESP (Houston-TX), Director Novomet

### Lime Rock Partners
Partner & Managing Director
October 2006 - December 2014 (8 years 3 months)
Houston-TX & Dubai-UAE

### Schlumberger
6 years 3 months

CIO
April 2006 - September 2010 (4 years 6 months)

President Well Completion & Productivity
July 2004 - March 2006 (1 year 9 months)

In charge of Well Testing Services, Subsea Services, Slickline Services, Artificial Lift Products & Services, Completions Products & Services, Reservoir Monitoring & Control, Sand Management Services

### Atos Origin
Executive Vice president Global Consulting & Systems Integration
September 2003 - June 2004 (10 months)

Global responsibility for the Consulting and Systems Integration business.

### SchlumbergerSema
Executive Vice president Consulting & Systems Integration
December 2001 - June 2004 (2 years 7 months)

### SEMA and Atos
Executive Vice President
December 2001 - June 2004 (2 years 7 months)
London, UK - Zaventem, Belgium

Responsible for worldwide operations

### Schlumberger
20 years 3 months

President Drilling & Measurements
December 1998 - December 2001 (3 years 1 month)
Houston, Texas, United States

Responsible for worldwide operations

President Drilling & Measurements
December 1998 - December 2001 (3 years 1 month)
Houston, Texas, United States

Responsible for worldwide operations

President Drilling & Measurements
December 1998 - December 2001 (3 years 1 month)
Houston, Texas, United States

Responsible for worldwide operations

President Drilling & Measurements
December 1998 - December 2001 (3 years 1 month)
Houston, Texas, United States

Responsible for worldwide operations

Various Positions
October 1981 - December 1998 (17 years 3 months)
Houston, Texas, United States

Various Positions
October 1981 - December 1998 (17 years 3 months)
Houston, Texas, United States

## Education

EMI
BS/MS, Control Systems · (1976 - 1983)