# EXHIBIT 11

0 👍 17942

http://www.zawya.com/printstory.cfm?storyid=v52n35-1TS02&l=123500090831

Politics Shaping Iraqi Oil Development Program

Iraq's second upstream bidding round is taking place against the background of an increasingly bitter campaign for parliamentary elections, scheduled for end-January. The shine has come off Prime Minister Nuri al-Maliki's reputation as the restorer of security, with a series of recent bombings culminating with one in Baghdad on 19 August, which killed around 100 people and wounded another 500. Improved export flows and revenues are likely to provide a welcome tonic for Mr Maliki (see table), but more is needed.

The second upstream round, which could succeed in awarding large amounts of acreage without appearing to be too accommodating to foreign oil interests, could provide just the electoral lifeline Mr Maliki requires. His United Iraqi Alliance allies, the Shi'ite Islamic Supreme Council in Iraq (ISCI), have decided not to run with him in January. While ISCI's standing was somewhat damaged by its poor showing in local elections in January, Mr Maliki still needs to find support from both Sunnis and Kurds for a second term of office.

The Kurdish question is perhaps the most interesting in terms of its implications for oil policy. It is far too early to say with any confidence, but the need to forge an alliance with the politicians in the Kurdistan Regional Government (KRG) could have implications for Baghdad's long-standing dispute over KRG oil contracts. In Istanbul on 25 August, Minister of Oil Husain al-Shahristani reiterated his opposition to companies dealing directly with the KRG and threatened to disqualify China's Sinopec, which last month bought Addax's KRG assets. "We sent a letter and are waiting for an official response," he said. "The position of the Iraqi government is that any company that does not respect Iraqi laws will not be allowed to work in Iraq and be qualified for the bidding round. We are investigating." But it remains to be seen if this position is sustainable given new and rapidly evolving Iraqi political realities.

Baghdad Moves On All Fronts

Coincidence or not, Baghdad is currently implementing its most ambitious project schedule since the 2003 US-led invasion. In addition to the bidding round, the ministry has its own plans for expanding production. "We have formulated an urgent plan to deal with falling production," 'Abd al-Karim al-Laibi, Iraq's deputy minister for the upstream told reporters in Istanbul on 24 August. "We have implemented part of that plan. Over the past three months there has been an increase in exports of more than 200,000 b/d," he said. As well as a large program of well rehabilitation work, the plan involves more than 150 new wells. Iraq is now producing over 2.5mn b/d, Mr Laibi said. Crude from the KRG, which began exporting in June, is only contributing 34,000 b/d of this, he said. Initial export volumes were to have been at around 90,000 b/d (MEES , 8 June).

Meanwhile, a wide-ranging drilling agreement with UK firm Mesopotamia Petroleum appears to be dead (MEES , 2 March). "They had a four month period to provide the specified funds and they were unable to do that," says Mr Laibi. "We are not attaching much importance to this agreement," he adds. "We now have better and more offers from many companies that are well-known internationally. The barrier to the entry of well-known companies to Iraq has been removed."

The Ministry of Oil is in talks to finalize a deal with Shell over the company's plans for gas development in southern Iraq. Mitsubishi formally signed on 24 August to take a 5% stake in the project. And the ministry has launched a series of bilaterally negotiated field developments. The

furthest advanced is the Nasiriyah field development, for which a Nippon-led consortium is the hot favorite. "We had a problem with how payments would be made, Mr Laibi said. "There was a meeting [with Nippon] in Baghdad about a month ago. And today there was a meeting. We made a proposal and today they gave their final agreement to that," he continued, adding that there remained some details to be worked out. Kyodo news agency on 24 August reported that a memorandum of understanding (MOU) had been agreed between Nippon and the ministry.

The ministry has also met Japex to discuss development of the southern portion of the East Baghdad field. Unlike other projects, it is not being competitively bid in an effort to fast track the project. "It was their idea. They carried out the study," said Mr Laibi. Crude from the project will feed expansion at the Daura refinery (MEES , 6 July). And Baghdad is also interested in similar deals on the 1.35bn barrels Tuba and the 800mn barrels Abu 'Amoud (previously called Rafidain) fields. "More than four companies are interested in Tuba, and three in Abu 'Amoud," said Mr Laibi. India's ONGC and its partner Sonatrach had a provisional Saddam-era agreement for a 180,000 b/d development at Tuba. Now Japan's Arabian Oil is among those which have expressed an interest, MEES understands. Meanwhile Russia's Soyuzneftegaz continues to pursue its Saddam-era interest in Abu 'Amoud (MEES , 22 June).

The priority for Baghdad is to finalize its first bidding round award to BP for a 1.85mn b/d capacity boost to Rumaila. Ominously for Baghdad's hopes for a quick processing of Round 2 awards, Rumaila is already running behind schedule. In addition to cleaning up the legal language in the contract, Baghdad has requested a higher baseline than the 956,000 b/d envisaged when the deal was awarded. "We have discussed with BP to reconsider the starting point of production in line with the current production," said Mr Laibi. "Now we are doing more than 1.05mn b/d. It is not possible to accept less." But defining exactly what production stands at is a challenge he concedes. "In practice there is no accurate metering equipment in the fields."

Misan Moving

State-owned Misan Oil Company (MOC) is working hard to boost capacity and resolve the issue of its border fields with Iran, which has hampered development in the province, MOC Director General Ali Mi'raj tells MEES . Around 90,000 b/d is produced from the Buzorgan, Fawqa and Abu Ghirab fields. And a 20-well contract with oil service firm Weatherford should add another 20,000 b/d next year, says Mr Mi'raj. The Fawqa and Abu Ghirab structures extend into Iran and a unitization agreement is needed. "We have established a joint technical committee to resolve this," he says. "I am the head of the Iraqi side. The committee will start work in September."

In addition to 10,000 b/d from Amara, MOC is also producing 4,000-5,000 b/d from the Nur field, which only started up in May, Mr Mi'raj said. The company is reviewing its options as regards Nur's development, and the field could go for an EPC contract on the lines of southern East Baghdad, Tuba and Abu 'Amoud, he said. MOC is also in talks for a wide ranging service agreement with contractor Oilserv. "In Sha Allah we will sign in September," Mr Mi'raj said. The choice of the Kurdish firm, which is linked to the family of KRG President Masoud Barzani, is noteworthy, given tensions between Baghdad and Irbil. Oilserv, which has only been formed in the last couple of years, is run by former Schlumberger employee Amjad Barzinci and has backing from Mr Barzani's nephew Sirwan Barzani, who heads KRG telecoms firm Korek, MEES understands.

STEM OP 👍SvarAnmeld

NYT