# EXHIBIT 12

prompted an agreement by dozens of disparate Iraqi factions in parliament who formally stated their opposition to the Kurds' unilateral moves to develop Kurdistan's oil sector. Of the 275 members of the Iraqi parliament, 150 signed the agreement.

Shaykh Walid Kraimawi, a Sadrist lawmaker who signed the agreement, said, "We are thinking that Kurdish demands have grown larger and larger gradually…. Some of those demands are impossible to achieve and this is a clarification for the Kurds that their demands are too large and irrational. They have to recognize their true size in the political process."[31]

## Lubricating Independence?

The fact that the oil law remains unresolved means that Iraqi Kurdistan is, once again, vulnerable to its success: Additional oil revenues mean a stronger, more autonomous Kurdistan, which is inherently threatening, not only to Turkey, but to all of Iraq's neighbors with sizable Kurdish minorities, and to many within the central Iraqi government. The controversy over oil resources and who controls them has also added to suspicions over what the Kurds' *real* intentions are regarding independence. In the minds of many within the region, oil independence will ultimately lead to territorial independence for the KRG. This suspicion is one that could easily jeopardize overall national security in Iraq.

It is estimated that the three provinces that make up existing KRG territory could hold as much as 25 billion barrels of crude, excluding any potential windfalls from Kirkuk, if it were ultimately to become part of the KRG.[32] How this type of revenue control would affect the prospects of Kurdish secession is anyone's guess. Certainly it would increase the Kurds' leverage, and the conspiracy-minded believe that it would energize secessionist aspirations.

The Kurds claim they are forging ahead with oil exploration not to hasten independence, but to hasten the economic development of their region. There are good reasons to take the Kurds at their word. At this stage, and in the foreseeable future, a secessionist bid would spell the end of Kurdistan's progress. Kurdish leaders understand full well that if they declare independence, they would find themselves to be a small, land-locked country surrounded by four much bigger neighbors that wish them harm. This would radically alter the circumstances that have made possible Kurdistan's relative success.

Though the Kurds repeatedly emphasize the legality of their actions, they have failed to comprehend that there are a host of other issues that affect Iraqi and regional opinion of the Kurdish oil contracts. Turkey, Iran, and Iraq's Arabs are all poised to pounce on the slightest movement towards Kurdish independence, however legal or justified such a move might be. Any hint by the Kurds that they are developing an independent oil stream to guard against the worst case scenario—Iraq disintegrating in civil war—inevitably spawns a host of conspiracy theories regarding Irbil's "real" intentions.

Another critical point is that KDP and PUK business interests can complicate outside perception of the KRG's position on oil contracting and also make their region less attractive to foreign investment. Both the PUK and KDP have large business holdings that own hydrocarbon companies. The Talabani family controls NOKAN—an oil trading company, whose oil arm is WZA—and the Barzanis own numerous holdings including the oil

---

[31] Ned Parker, "Iraqi Political Factions Jointly Pressure Kurds," *Los Angeles Times,* January 14, 2008.
[32] Neil King, Jr., "Wildcatters Plunge into North Iraq," *Wall Street Journal,* July 9, 2008.

service firm, Oil Serv. Because of the stranglehold that both families have on business development in the region, international oil firms fear party interference in the development of Kurdistan's oil sector.[33]

Given this ultra-sensitive environment, the new oil contracts are as much of a risk to the KRG as they are a potential boon to its economy and strategic profile. While the PKK presence in Iraqi Kurdistan is a pressing security concern, and the situation in Kirkuk is threatening to upend whatever political security gain have been made in Iraq, the long-term regional, particularly Turkish, worry is the growing autonomy of the KRG and the prospect of eventual Kurdish secession from Iraqi territory. In the current environment, all of these issues are easily conflated.

The Kurds have attempted to negotiate these issues comprehensively. Recently, the Kurds sent a high-level delegation to Baghdad to iron out host of issues, including the draft hydrocarbon law, an overall Iraqi oil sector development strategy, a way forward on Kirkuk, oil revenue distribution, and the ability of the central government to approve regional oil contracts. However, given the complexity of the issues, and the fact that they are intertwined, a comprehensive resolution should not be expected any time soon. In the meantime, the KRG continues to move forward, establishing facts on the ground and further arousing suspicions of their actual intentions.

## The Centralism vs. Federalism Debate

The oil contracts controversy has not only brought together disparate groups to oppose the Kurdish position, it has energized them to tackle the bigger issue of the future governing principle of Iraq. One of the biggest questions facing post-Saddam Iraq is how much power should remain in the hands of the central government and how much should be devolved to the provinces. In 2003, the U.S.-led Coalition Provisional Authority (CPA) took measures to address the excessive centralization of Iraq (a product of the Saddam era) by granting large powers to the provinces, leaving defense and macro-fiscal policy the exclusive responsibility of the central government. Though many Iraqis remained skeptical of federalism—aside from the Kurds, who were its main proponents—it was enshrined in the Constitution because opposing forces, namely Iraq's Sunni Arabs and Sadrists, were unable to register timely objections because of their boycott of the 2005 elections. Secular independent parties with centralist leanings were also unable to organize themselves in time to make a difference in the voting.

In addition to a weak opposition, the Kurds had a powerful ally in the Islamic Supreme Council (ISCI)—a powerful Shi'i party—that also advocated the decentralist/federalist approach. Through ISCI, the Kurds also attempted to harness the power of Grand Ayatollah Ali al Sistani and the weight he carries with the Shi'i population.[34] If Sistani came out against any of their main objectives, such as decentralization, federalism, or autonomy, it would be impossible for them to achieve any of those objectives. The Kurds realized that they had to use their Shi'i alliances to direct Sistani's influence in their favor.

However, as Sunni Arabs and Sadrists began to assert themselves in politics, and secular and independents

---

[33] "Baghdad and Irbil Make First Move to Resolving KRG Exports Stand-Off," ZAWYA, December 1, 2008, available at <http://zawya.com/Story.cfm/sidv51n48-1TS01/Baghdad%20And%20Irbil%20Make%20First%20Move%20To%20Resolving%20KRG%20Exports%20Stand-Off/>.

[34] Sistani, an Iranian born cleric, exerts considerable influence over Iraq's Shi'i population. Sistani opposes Iranian style rule in the form *vilayet al faqh* or rule by religious authority, and is widely considered to be a unifying and moderate figure who has counseled patience with the Coalition and resistance to sectarian tendencies. For a detailed biography, refer to the Grand Ayatollah's website <www.sistani.org>.