United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:

EX PARTE APPLICATION OF
IRAQ TELECOM LIMITED FOR AN
ORDER TO OBTAIN DISCOVERY FOR
USE IN A FOREIGN PROCEEDING
PURSUANT TO 28 U.S.C. §1782

Case No.  4:23-MC-1221

## ORDER

Upon consideration of the *Ex Parte* Application of Iraq Telecom Limited ("**Iraq Telecom**") for an Order to Obtain Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "**Application**") and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the discretionary factors identified by the U.S. Supreme Court in *Intel Corp v. Advanced Micro Devices, Inc.,* 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that the Application is GRANTED.  Iraq Telecom is authorized to issue and serve the draft subpoenas annexed as Exhibits 2 and 3 to the Declaration of Kristin Tahler (the "**Subpoenas**") upon Lime Rock Partners ("**Lime Rock**").  Lime Rock  must  respond to the Subpoenas within fourteen days of service of the Subpoenas, the Application and all papers submitted in support thereof, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED.**

Dated:   July 28, 2023

Drew B. Tipton

United States District Judge